UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:23-cv-00331-FDW

| | |
|---|---|
| MAXWELL INUKAI SKELLENGER, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (Doc. No. 8). For the reasons stated in Plaintiff's motion, it is GRANTED; and this matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Signed: July 30, 2024

Frank D. Whitney
United States District Judge